**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2017 JUL 28  P 3: 16

US DISTRICT COURT

Kaim Rosado ,
                Plaintiff,

        v.

City of New London ,
                Defendant(s).

Case No. 3:17 cv 1270 MPS
(To be supplied by the Court)

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.      Plaintiff resides at the following location: 147 Vauxhall Street, New London, CT 06320

2.      Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 181 State Street, New London, CT 06320 (City Hall)

3.      This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age.  Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

        My Year of Birth is: _____.

9.   I filed charges with the:

☒   Equal Employment Opportunity Commission

☒   Connecticut Commission on Human Rights and Opportunities

10.   The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: _____.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

11.   The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: _I have evidence that show that the "mobbing" technique_ _my co-workers deliberately subjected me to during work caused severe brain injuries on_ _October 26, 2014. My brain injuries are characterized by hormonal hyperactivity,_ _and social and learning impairments as shown on my functional MRIs and diagnosed_ _by Lowe MD. on 2015, 2016, 2017._

12.   If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.   WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be

deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☒   Injunctive orders (specify the type of injunctive relief sought): _____

_Cease harassment_ ;

☒   Backpay;

4

☒ Reinstatement to my former position;

☐ Monetary damages (specify the type(s) of monetary damages sought): __

Compensatory, punitive, front pay, emotional distress. ;

☒ Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): institutional training, adhere to

anti-discrimination laws ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐ demand a trial by jury.

_____
Original signature of attorney (if any)

[ ]

Printed Name and address

_____
Plaintiff's Original Signature

[ ]

Printed Name and address
Kaim Rosado

147 Vauxhall Street, New London, CT 06320

( )
Attorney's telephone

(860) 303-6649
Plaintiff's telephone

_____
Email address if available

_____
Email address if available

Dated: 7-28-2017

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on  7-28-2017 _____.

　　　　　　　　(location)　　　　　　　　　　　(date)

_____

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6